UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA : **Order Excluding Time**

v. : 24 Cr. 494 (GBD)

MICHELLE BOND,

    Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

    The Court has received a request by DAMIAN WILLIAMS, United States Attorney for the Southern District of New York, by Assistant United States Attorneys Stephanie Simon and Sheb Swett, with the consent of Eric R. Breslin, counsel for the defendant, that the time period from the date of this Order through and including September 17, 2024, the date of the arraignment, be excluded from the computation of the time period within which trial of the charges against the defendant must commence, pursuant to the Speedy Trial Act of 1974, 18 U.S.C. § 3161(h)(7)(A).

    The Government seeks the exclusion of the foregoing period in the interest of justice because it would allow the parties to begin to produce and review discovery, to consider potential motion practice, and to engage in discussions regarding a potential resolution of the matter without the need for trial.

    Full consideration having been given to the matter set forth therein, it is hereby

    ORDERED that the time between the date of this Order and September 17, 2024, be excluded from the computation of the time period within which trial of the charges against the defendant must commence, pursuant to the Speedy Trial Act of 1974, 18 U.S.C. § 3161(h)(7)(A).

2

The Court finds that this exclusion of time serves the ends of justice and outweighs the interest of the public and the defendant in a speedy trial.

Dated: New York, New York
      September ___, 2024

_____
THE HONORABLE GEORGE B. DANIELS
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF NEW YORK