# EXHIBIT B

Image# 202205319514503782

# FEC FORM 2
## STATEMENT OF CANDIDACY

1. (a) Name of Candidate (in full)
   BOND, MICHELLE, , ,

   (b) Address (number and street)
   1087 ROUTE 58
   #1012

   ☐ Check if address changed

   2. Candidate's FEC Identification Number
   H2NY01257

   (c) City, State, and ZIP Code
   RIVERHEAD         NY         11901

   3. Is This Statement    ☒ New (N)    OR    ☐ Amended (A)

4. Party Affiliation
   REPUBLICAN PARTY

5. Office Sought
   House

6. State & District of Candidate
   NY    01

## DESIGNATION OF PRINCIPAL CAMPAIGN COMMITTEE

7. I hereby designate the following named political committee as my Principal Campaign Committee for the __2022__ election(s).
   (year of election)

   NOTE: This designation should be filed with the appropriate office listed in the instructions.

   (a) Name of Committee (in full)
   **MICHELLE BOND FOR CONGRESS**

   (b) Address (number and street)
   1087 ROUTE 58
   #1012

   (c) City, State, and ZIP Code
   RIVERHEAD         NY         11901

## DESIGNATION OF OTHER AUTHORIZED COMMITTEES
(Including Joint Fundraising Representatives)

8. I hereby authorize the following named committee, which is NOT my principal campaign committee, to receive and expend funds on behalf of my candidacy.

   NOTE: This designation should be filed with the principal campaign committee.

   (a) Name of Committee (in full)

   (b) Address (number and street)

   (c) City, State, and ZIP Code

*I certify that I have examined this Statement and to the best of my knowledge and belief it is true, correct and complete.*

| Signature of Candidate | Date |
|---|---|
| *BOND, MICHELLE, , ,*  [Electronically Filed] | 05/31/2022 |

NOTE: Submission of false, erroneous, or incomplete information may subject the person signing this Statement to penalties of 2 U.S.C. §437g.

FEC FORM 2 (REV. 02/2009)