

| | | |
|---|---|---|
| NEW YORK | | HANOI |
| LONDON | | HO CHI MINH CITY |
| SINGAPORE | | SHANGHAI |
| PHILADELPHIA | *FIRM and AFFILIATE OFFICES* | ATLANTA |
| CHICAGO | | BALTIMORE |
| WASHINGTON, DC | | WILMINGTON |
| SAN FRANCISCO | ERIC R. BRESLIN | MIAMI |
| SILICON VALLEY | PARTNER | BOCA RATON |
| SAN DIEGO | DIRECT DIAL: +1 973 424 2063 | PITTSBURGH |
| LOS ANGELES | PERSONAL FAX: +1 973 556 1552 | NORTH JERSEY |
| BOSTON | *E-MAIL:* ERBreslin@duanemorris.com | LAS VEGAS |
| HOUSTON | | SOUTH JERSEY |
| DALLAS | *www.duanemorris.com* | SYDNEY |
| FORT WORTH | | MYANMAR |
| AUSTIN | | |
| | | ALLIANCES IN MEXICO |

July 22, 2025

**VIA ECF**

Honorable George B. Daniels
Southern District of New York
500 Pearl Street
New York, New York 10007

      Re:    <u>United States v. Bond, No. 1:24-cr-00494 (GBD)</u>

Dear Judge Daniels:

      As the Court may recall, at the hearing this morning, the Court indicated that any waiver of privilege by the defense would be limited to subjects directly relevant to the government's promise not to pursue Ms. Bond. In connection with that discussion, we attach a May 8, 2023 supplement to Mayer Brown's engagement letter with Ms. Bond that was issued precisely because of the government's promise to drop the investigation into Ms. Bond. We draw the Court's attention, in particular, to the last sentence of the first paragraph, noting that the government refused to put the promise in writing.

      This by no means constitutes the full scope of communications between Mr. Salame, Ms. Bond, and Mayer Brown on this issue, but it does address the Court's question of what was said to Mayer Brown and what Mayer Brown understood from that conversation.

      We thank the Court for its time and courtesy.

                                          Respectfully submitted,

                                          /s/ *Eric R. Breslin*
                                          Eric R. Breslin

cc:  All counsel of record (via ECF)