**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA,                    :

                Plaintiff,          :

                        :

        - v. -          :

                        :

MICHELLE BOND,                               :

                Defendant.         :

                        :

                        :

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

|  | ORDER |
|--|-------|
|  | 24 Cr. 494 (GBD) |

GEORGE B. DANIELS, United States District Judge:

     An evidentiary hearing shall be held on September 25, 2025 at 10:00 a.m.

     Both parties are directed to submit and exchange, by letter, a list of intended witnesses to be examined at the hearing no later than September 15, 2025.

Dated: July 28, 2025
      New York, New York

                                 SO ORDERED.

                                 *George B Daniels*

                                 GEORGE B. DANIELS
                                 United States District Judge