| | | |
|---|---|---|
| NEW YORK<br>LONDON<br>SINGAPORE<br>PHILADELPHIA<br>CHICAGO<br>WASHINGTON, DC<br>SAN FRANCISCO<br>SILICON VALLEY<br>SAN DIEGO<br>LOS ANGELES<br>BOSTON<br>HOUSTON<br>DALLAS<br>FORT WORTH<br>AUSTIN | **DuaneMorris**®<br><br>*FIRM and AFFILIATE OFFICES*<br><br>ERIC R. BRESLIN<br>PARTNER<br>DIRECT DIAL: +1 973 424 2063<br>PERSONAL FAX: +1 973 556 1552<br>*E-MAIL:* ERBreslin@duanemorris.com<br><br>*www.duanemorris.com* | HANOI<br>HO CHI MINH CITY<br>SHANGHAI<br>ATLANTA<br>BALTIMORE<br>WILMINGTON<br>MIAMI<br>BOCA RATON<br>PITTSBURGH<br>NORTH JERSEY<br>LAS VEGAS<br>SOUTH JERSEY<br>SYDNEY<br>MYANMAR<br><br>ALLIANCES IN MEXICO |

September 23, 2025

**VIA ECF**

Honorable George B. Daniels
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

SO ORDERED:

*/s/ George B. Daniels*
George B. Daniels, U.S.D.J.

Dated: **SEP 2 3 2025**

    **Re:**     **United States v. Bond, 1:24-cr-00494-GBD: Joint proposal for adjournment of evidentiary hearing**

Dear Judge Daniels,

    We write jointly with the government to propose a revision to the schedule for the upcoming evidentiary hearing, scheduled for September 25, 2025. In recent days, the government served subpoenas on Ms. Bond and her former law firm and filed a motion with the Court. (Dkt. 57). The defense filed a cross motion. (Dkt. 58). Ms. Bond's former law firm then emailed the Court seeking guidance on how to respond. The parties believe that some of these issues likely can be resolved. For example, Ms. Bond does not object to the government's document requests in principle but cannot physically respond to the demands in the time allotted. The parties thus believe a short adjournment of the hearing on Thursday will likely allow for resolution or narrowing of some issues and streamline proceedings. To that end, we propose that Thursday's hearing be adjourned and the following schedule set:

- By Thursday, September 25, 2025, the defense will consult with their witnesses (and while the government has no witnesses, it will consult with former U.S. Attorney Sassoon), confer, and then submit to the Court mutually agreed-upon dates, for no later than mid-October, for a rescheduled hearing to allow for Ms. Bond to respond to the subpoenas issued to her and Mayer Brown and for the resolution of any other outstanding disputes.

---

DUANE MORRIS LLP    *A DELAWARE LIMITED LIABILITY PARTNERSHIP*                      DAVID A. SUSSMAN, RESIDENT PARTNER

200 CAMPUS DRIVE, SUITE 300                                               PHONE: +1 973 424 2000    FAX: +1 973 424 2001
FLORHAM PARK, NJ 07932-1007

DuaneMorris

Honorable George B. Daniels
September 23, 2025
Page 2

- The parties will conduct a fulsome meet and confer starting on September 25, 2025, to discuss all outstanding discovery and legal disputes.

- The parties will each submit letters to the Court by Monday, September 29, 2025 identifying all remaining legal and discovery issues that require the Court's intervention. As both parties have already submitted motions, no responses or replies will likely be required.

We respectfully submit that the above schedule will streamline proceedings and allow for a more organized presentation to the Court.

Respectfully submitted,

/s/ *Eric R. Breslin*
Eric R. Breslin


Cc:   All counsel of record (via ECF)
      Matthew D. Ingber, Mayer Brown LLP (via email)
      Andrew S. Marovitz, Mayer Brown LLP (via email)
      Lauran R. Noll, Mayer Brown LLP (via email)